DAVID N. KELLEY
United States Attorney for the
Southern District of New York
Attorney for the United States of America
By: RUSSELL M. YANKWITT (RY-6487)
Assistant United States Attorney
86 Chambers Street -- 6th Floor
New York, New York  10007
Telephone: (212) 637-2745

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
HOI L. WAN,                    :

        Plaintiff,     :

  - against -                  :     05 Civ. 4295 (CBM) (ECF)

UNITED STATES POSTAL SERVICE   :     NOTICE OF MOTION
and JOHN E. POTTER, Postmaster
General of UNITED STATES       :
POSTAL SERVICE,
                               :
        Defendants.
------------------------------ x

ENDORSED ORDER

The parties having indicated [illegible] motion be withdrawn last year, we deem it withdrawn.

[signature]
4/10/06

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/06

    PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of the Government's Motion to Dismiss, dated June 28, 2005, the Declaration of Mitchell Sturman, dated June 28, 2005, and all exhibits thereto, the Declaration of Russell M. Yankwitt, dated June 28, 2005, and all exhibits thereto, and upon all the pleadings heretofore filed in this action, defendant John E. Potter, Postmaster General of the United States Postal Service, by his attorney David N. Kelley, United States Attorney for the Southern District of New York, will move this Court before the Honorable Constance B. Motley at the United States Courthouse, 500 Pearl Street, Room 26A, New York, New York 10007, for an order granting summary judgment in favor of defendant and

dismissing the Complaint pursuant to Fed. R. Civ. P. 56 for for failing to exhaust administrative remedies in a timely manner, and for such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 6.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, papers in opposition to this motion, if any, will be due within ten business days after service of these papers, and reply papers, if any, will be due within five business days after service of the opposition papers.

Dated:   New York, New York
         June 28, 2005

                        DAVID KELLEY
                        United States Attorney for the
                        Southern District of New York
                        Attorney for Defendant John E. Potter

By:    _____
        RUSSELL M. YANKWITT
        Assistant United States Attorney
        86 Chambers Street -- 6th Floor
        New York, New York  10007
        Telephone: (212) 637-2745
        Facsimile: (212) 637-2685

To:   STEPHEN C. JACKSON, ESQ.
      Attorney for plaintiff Hoi L. Wan
      Empire State Building
      350 Fifth Avenue, Suite 2310
      New York, New York  10118
      Telephone:(212)643-2394